UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 21-851 (DSD/DTS)

Timothy O'Laughlin,

    Petitioner,

v.                                       **ORDER**

Steve Kallis,

    Respondent.

This matter comes before the court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated April 30, 2021 (R&R). No objections have been filed to the R&R in the time period permitted. Based on the R&R and the files, records, and proceedings herein, **IS HEREBY ORDERED that:**

    1.   The petition [ECF No. 1] is dismissed without prejudice; and

    2.   The application to proceed in forma pauperis [ECF No. 2] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 3, 2021                 /s David S. Doty
                                        David S. Doty, Judge
                                        United States District Court